Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. ******7821/ Our File No. 09-09-20314

Attorney for Secured Creditor
Chase Home Finance, LLC f/k/a Chase Manhattan Mortgage Corporation

ECF FILED ON 10/1/2009

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

LUIS ALONSO SANCHEZ,
MARIA ERNESTINA SANCHEZ

Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 09-26596-MKN

### REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO:  **LUIS ALONSO SANCHEZ and MARIA ERNESTINA SANCHEZ**   DEBTORS
TO:  **Christopher Patrick Burke, Esq.**   ATTORNEY FOR THE DEBTOR(S)
TO:  **Kathleen A. Leavitt**   CHAPTER 13 TRUSTEE
TO:  **ALL INTERESTED PARTIES**
TO:  **THE CLERK OF THE ABOVE ENTITLED COURT**

**NOTICE IS HEREBY GIVEN** that **Chase Home Finance, LLC f/k/a Chase Manhattan Mortgage Corporation**, as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

Date: October 1, 2009

　　　　　　　　　　　　　　　　　　　/s/ Michael W. Chen　　　　　　　　.
　　　　　　　　　　　　　　　　　　　Michael W. Chen, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor

- 1 -

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on October 1, 2009, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by electronically mailing to:

COUNSEL FOR DEBTOR(S)  
Christopher Patrick Burke, Esq.  
atty@cburke.lvcoxmail.com

TRUSTEE  
Kathleen A. Leavitt  
courtsecf@las13.com

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Yvette Deriada_  
An employee of THE COOPER CASTLE LAW FIRM

-2-